IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01778-LTB

CHRIS TILLOTSON,

     Applicant,

v.

OFFICER T.J. McCOY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 1, 2014, it is hereby

     ORDERED that Judgment is entered in favor of Respondents and against Applicant.

     DATED at Denver, Colorado, this 1st day of July, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/K Lyons
     Deputy Clerk